Richard G. Grotch, Esq. - SBN 127713
Alisha A. Beltramo, Esq. - SBN 267423
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
US AIRWAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. ST. CLAIR, | No. C-09-5871 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| U.S. AIRWAYS, INC., a Delaware Corporation, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, that the entire action be, and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SO STIPULATED.

Dated: July 22, 2010               DeMEO DeMEO & WEST

                                   /s/ *John F. DeMeo*
                                   By:_____
                                       John F. DeMeo
                                       Attorneys for Plaintiff
                                       Robert B. St. Clair

///

///

Stipulation and [~~Proposed~~] Order of Dismissal
C 09-5871 JSW

1  Dated: July 22, 2010                              CODDINGTON, HICKS & DANFORTH

2

3                                                   /s/ *Richard G. Grotch*

4                                              By:_____
                                                    Richard G. Grotch (*)
                                                    Attorneys for Defendant
5                                                   US Airways, Inc.

6

7  (*) I hereby attest that I have on file all holograph signatures
   for any signatures indicated by a "conformed" signature (/s/)
   within this e-filed document.

8

9                                      **ORDER**

10         Pursuant to stipulation, IT IS SO ORDERED.

11

12 Dated: July 23, 2010

13                                             _____
                                               Honorable Jeffrey S. White
14                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28